KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Parkway
Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorneys for Leon Ho*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STONEGATE REAL ESTATE SERVICES, Inc. a Nevada Corporation; ERIC SHAM; LEON HO<br><br>Defendants. | CASE NO. 2:16-cv-02391-RFB-NJK<br><br>**DEFENDANT'S SUBSTITUTION OF ATTORNEY** |

Defendant Leon Ho hereby notifies the Court and all interested parties that he has retained Kathleen Bliss, Esq., and Jason Hicks, Esq., of Kathleen Bliss Law PLLC, to represent them in all matters related to this case. Ms. Bliss and Mr. Hicks are hereby substituted for prior counsel, Robert J. Flummerfelt, Esq. and Robert T. Hernandez, Esq., of the law firm Canon Law Services, LLC. All court filings, papers and correspondence of any kind related to this case shall forthwith be directed to the attention of Kathleen Bliss Law PLLC.

1. I request and consent to this substitution:

_____     Dated: 7/28/2017

Leon Ho, Defendant

2. I consent to this substitution:

_____ Dated: 7.28.17
Kathleen Bliss, Esq.
Kathleen Bliss Law PLLC
1070 West Horizon Ridge Pkwy
Suite 202
Henderson, NV 89012

_____ Dated: 7-28-17
Jason Hicks, Esq.
Kathleen Bliss Law PLLC
1070 West Horizon Ridge Pkwy
Suite 202
Henderson, NV 89012

_____ 11872 For: Dated: 07-31-17
Robert J. Flummerfelt Esq.
Canon Law Services, LLC
410 S. Rampart Boulevard
Suite 390
Las Vegas, NV 89145

Dated this 28th day of July 2017.

KATHLEEN BLISS LAW PLLC

/s/ Kathleen Bliss
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
JASON HICKS, ESQ.
Nevada Bar No. 13149

IT IS SO ORDERED.
Dated: August 1, 2017

_____
United States Magistrate Judge