KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Parkway
Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorneys for Stonegate Real Estate*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STONEGATE REAL ESTATE SERVICES, Inc. a Nevada Corporation; ERIC SHAM; LEON HO<br><br>　　　　Defendants. | CASE NO. 2:16-cv-02391-RFB-NJK<br><br>**DEFENDANT'S SUBSTITUTION OF ATTORNEY** |

Defendant Stonegate Real Estate Services, Inc., hereby notifies the Court and all interested parties that he has retained Kathleen Bliss, Esq. and Jason Hicks, Esq., of Kathleen Bliss Law PLLC, to represent it in all matters related to this case. Ms. Bliss and Mr. Hicks are hereby substituted for prior counsel, Robert J. Flummerfelt, Esq. and Robert T. Hernandez, Esq., of the law firm Canon Law Services, LLC. All court filings, papers and correspondence of any kind related to this case shall forthwith be directed to the attention of Kathleen Bliss Law PLLC.

1. I request and consent to this substitution:

_____　　　　Dated: 7/28/2017
Leon Ho, on behalf of
Stonegate Real Estate, Defendant

2. I consent to this substitution:

*(signature)*      Dated: 7-28-17

Kathleen Bliss, Esq.
Kathleen Bliss Law PLLC
1070 West Horizon Ridge Pkwy
Suite 202
Henderson, NV 89012

*(signature)*      Dated: 7-28-17

Jason Hicks, Esq.
Kathleen Bliss Law PLLC
1070 West Horizon Ridge Pkwy
Suite 202
Henderson, NV 89012

*(signature)* 11872      Dated: 07-31-17

Robert J. Flummerfelt Esq.
Canon Law Services, LLC
410 S. Rampart Boulevard
Suite 390
Las Vegas, NV 89145

Dated this 28th day of July 2017.

KATHLEEN BLISS LAW PLLC

/s/ Kathleen Bliss
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
JASON HICKS, ESQ.
Nevada Bar No. 13149

IT IS SO ORDERED.
Dated: August 1, 2017

*(signature)*
United States Magistrate Judge