# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>STONEGATE REAL ESTATE SERVICES, INC.,<br>    Defendant. | 2:16-cv-02391-RFB-NJK<br><br>ORDER<br><br>(Docket Nos. 14, 25) |

Pending before the Court is the parties' motion to stay all deadlines in the instant case. Docket No. 25. The parties submit that they have reached a tentative settlement in the instant matter, but are awaiting a final decision from the Department of Housing and Urban Development. *Id*. For good cause shown, the parties' motion to stay, Docket No. 25, is hereby **GRANTED**. All deadlines in the instant case are stayed until January 8, 2018. No later than January 9, 2018, the parties shall file a status report on the docket, informing the Court of the current status of the case.

In light of the parties' tentative settlement, Plaintiff's motion to compel discovery, Docket No. 14, is hereby **DENIED** without prejudice. In the event this case does not settle as anticipated, Plaintiff may file an updated motion to compel, no later than January 16, 2018.

IT IS SO ORDERED.

DATED: October 3, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge