DAYLE ELIESON
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cv-02391-RFB-NJK |
| Plaintiff, | |
| v. | |
| STONEGATE REAL ESTATE SERVICES, Inc. a Nevada Corporation; ERIC SHAM; LEON HO, | **STIPULATION TO DISMISS** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned hereby stipulate to the dismissal of ERIC SHAM and STONEGATE REAL ESTATE SERVICES, INC. from the above captioned action **WITH PREDJUICE**, each party to bear its own fees and costs. The parties also stipulate to dismissal of Defendant Leon Ho. Leon Ho is deceased. The parties are unaware of any estate or other interested party and believe that dismissal is proper.

Respectfully submitted this 8th day of February 2017.

DAYLE ELIESON
United States Attorney

*/s/Kathleen Bliss*  
KATHLEEN BLISS  
Attorney for Eric Sham and Stonegate Real Estate Services

*/s/ Troy K. Flake*  
TROY K. FLAKE  
Assistant United States Attorney

**IT IS SO ORDERED.**

_____
Richard F. Boulware
United States District Judge

Dated: February 9, 2018.

1